IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITAMIN ENERGY, LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 19-3672 |

### ORDER

**AND NOW**, this 23rd day of November 2020, upon consideration of Defendant's Motion for Judgment on the Pleadings (Doc. No. 36-1), Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Judgment on the Pleadings (Doc. No. 38), Plaintiff's Motion for Partial Judgment on the Pleadings (Doc. No. 39), Defendant's Reply in Support of its Motion and in Opposition to Plaintiff's Motion (Doc. No. 42), the arguments of counsel at the hearing on the Motions held on July 14, 2020 (Doc. Nos. 44-45), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Judgment on the Pleadings (Doc. No. 36-1) is **GRANTED**, and Plaintiff's Motion for Partial Judgment on the Pleadings (Doc. No. 39) is **DENIED**. The Clerk of Court shall close this case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.