IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VITAMIN ENERGY, INC.,

        Plaintiff,                           Civil Action No. 19-cv-03672

v.

EVANSTON INSURANCE COMPANY,

        Defendant.
                                       /

## BRJ HOLDINGS III, LLC's MOTION
## FOR A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), third-party BRJ Holdings III, LLC ("BRJ"), respectfully requests the Court enter a Protective Order that Evanston Insurance Company ("Evanston") not be permitted to take a deposition of BRJ's corporate designee on December 14, 2022, as the subpoena that Evanston served on BRJ would otherwise require.

Evanston's counsel emailed the subpoena to BRJ's counsel on November 22, 2022 without notice that Evanston was unilaterally selecting the December 14th deposition date, despite being told that BRJ was attempting to find dates that both it and its counsel were available. Evanston's counsel knew at the time he issued the subpoena that BRJ's corporate designee and its counsel were not available on that date.

1

On December 8, 2022, BRJ's counsel advised Evanston's counsel that BRJ would be available for deposition in the second two weeks of January if Evanston's counsel withdrew the December 14th date. But Evanston's counsel refused.

Federal Rule 45(d) states that "[a] party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena." Courts can impose appropriate sanctions on a party or attorney that fails to comply.

Evanston and its counsel knew that BRJ's corporate designee and counsel were unavailable in December, but issued a deposition subpoena anyway, in violation of Rule 45. BRJ respectfully requests this Court grant BRJ a Protective Order, and an award of sanctions against Evanston and its counsel.

WHEREFORE, Petitioner BRJ Holdings III, LLC respectfully requests that the Motion for Protective Order be GRANTED, and the deposition of Petitioner's corporate designee for December 14, 2022 be canceled.

December 12, 2022                    Respectfully Submitted,

/s/ Lee Stivale
LEE A. STIVALE, ESQUIRE
STIVALE LAW OFFICES, PLLC
Suite 103, Mills of Victoria
1489 Baltimore Pike
Springfield, PA 19064
Ph. 610-543-8800
*Attorneys for BRJ Holdings III, LLC*