IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITAMIN ENERGY, INC., | CIVIL ACTION NO.: 2:19-cv-03672-JHS |
| Plaintiff, | |
| vs. | |
| EVANSTON INSURANCE COMPANY, | |
| Defendant. | |

**Plaintiff's Motion for Discovery of
Defendant's Financial Condition**

Vitamin Energy's Third Amended Complaint asserts a claim against Evanston for violating 42 Pa.C.S. § 8371. (Doc. No. 137 at 17). Section 8371 provides for an award of punitive damages against Evanston if Evanston is found to have acted in bad faith toward. Accordingly, Vitamin Energy seeks an award of punitive damages against Evanston. (Doc. No. 137 at ¶¶ 93 and 113).

On November 29, 2022, the Court ordered Vitamin Energy to file a motion directed to this issue. (Doc. No. 146). On December 2, 2022, while fact discovery remained open, Vitamin Energy served discovery on Evanston that relates to its financial condition for the purpose of clarifying the discovery Vitamin Energy seeks,

and to avoid delay. A copy of Vitamin Energy's discovery requests are attached as Exhibit 1.

December 12, 2022

Respectfully Submitted,

*/s/ Reid Winthrop*
Reid Winthrop, Esq. (223527)
Winthrop Law Group, PC
*Admitted Pro Hac Vice*
120 Newport Ctr. Drive
Newport Beach, CA 92660
reid@winthroplawgroup.com
Telephone: (949) 269-3256

Robert Abernethy, Esq.
Brutscher, Foley, Millner, Land & Kelly, LLP
213 East State Street
Kennett Square, PA 19348
robert@bfmlk.com
Telephone: (610) 444-4848 ext. 5040
*Attorneys for Vitamin Energy, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITAMIN ENERGY, INC., | CIVIL ACTION NO.: 2:19-cv-03672-JHS |
| Plaintiff, | |
| vs. | |
| EVANSTON INSURANCE COMPANY, | |
| Defendant. | |

**Plaintiff's Brief in Support of Motion for Discovery of Defendant's Financial Condition**

**I.      Introduction**

On October 31, 2022, Vitamin Energy emailed Evanston to advise that Vitamin Energy would conduct wealth-of-the-defendant discovery. Vitamin Energy asked Evanston to confer on the issue, including discussing appropriate restrictions on the timing and scope of the discovery, and proposing the parties prepare and send a joint letter to the Court on the subject.

On November 14, 2022, Evanston responded. Evanston advised that it would not agree to Vitamin Energy conducting such discovery. Nor would Evanston agree to sending a joint letter to the Court on the issue.

On November 29, 2022, the Court ordered Vitamin Energy to file a motion on this matter. (Doc. No. 146). To clarify the discovery Vitamin Energy is seeking, and to avoid delay, Vitamin Energy served document requests on Evanston on December 2, 2022. A copy of Vitamin Energy's discovery requests are attached as Exhibit 1.

**II.     Applicable Law**

Pennsylvania law permits discovery of information concerning a defendant's wealth where, as here, a party seeking the discovery has asserted a claim for punitive damages. 231 Pa. Code § 4003.7.

**III.    Argument**

Vitamin Energy has submitted seven requests for production to Evanston directed to its financial condition. The production requests are as follows:

1. Produce Evanston's federal tax returns from 2018 to the present.

2. Produce Evanston's Income Statements from 2018 to the present.

3. Produce Evanston's Cash Flow Statements from 2018 to the present.

4. Produce Evanston's Balance Sheets from 2018 to the present.

5. Produce Evanston's Annual Reports from 2018 to the present.

6. Produce all commercial insurance policies that may provide Evanston coverage for This Action.

7. Produce all agreements between Evanston and Markel Services, Inc., relating to Markel Services, Inc.'s providing services to Evanston, including claim management services, underwriting services, etc.

See Exhibit 1.

Vitamin Energy's document requests are narrowly tailored as to time and content. Accordingly, Vitamin Energy requests that Evanston be ordered to fully and fairly respond to the requests, and provide the information and documents sought.

### IV. Conclusion

For the reasons discussed, Evanston's Motion for Discovery of Evanston's Financial Condition should be granted.

Case 2:19-cv-03672-JHS   Document 153   Filed 12/12/22   Page 6 of 6

December 12, 2022                    Respectfully Submitted,

*/s/ Reid Winthrop*
Reid Winthrop, Esq. (223527)
Winthrop Law Group, PC
*Admitted Pro Hac Vice*
120 Newport Ctr. Drive
Newport Beach, CA 92660
reid@winthroplawgroup.com
Telephone: (949) 269-3256

Robert Abernethy, Esq.
Brutscher, Foley, Millner, Land & Kelly, LLP
213 East State Street
Kennett Square, PA 19348
robert@bfmlk.com
Telephone: (610) 444-4848 ext. 5040
*Attorneys for Vitamin Energy, Inc.*