IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITAMIN ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVANSTON INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION <br> NO. 19-3672 |

# **ORDER**

**AND NOW**, this 13th day of December 2022, upon consideration of third-party BRJ Holdings III, LLC's ("BRJ Holdings") Motion for a Protective Order (Doc. No. 152), it is **ORDERED** that the Motion (Doc. No. 152) is **GRANTED**.[1] The 30(b)(6) deposition of the corporate designee of BRJ Holdings, scheduled for December 14, 2022, is **CANCELLED** and will be rescheduled during a telephone status conference that the Court will hold with counsel for the parties and counsel for third-party BRJ Holdings on **December 21, 2022 at 4:00 p.m.**

---

[1] Defendant Evanston Insurance Company scheduled the 30(b)(6) deposition of the corporate designee of BRJ Holdings for December 14, 2022. Counsel for BRJ Holdings states in the Motion that he and the corporate designee are unavailable for the month of December. Since discovery closes on December 19, 2022, it appears that Evanston felt that the deposition had to occur on December 14, 2022. Scheduling depositions and other matters will be discussed during the telephone conference on December 21, 2022.

2

Further, counsel for the parties should be prepared to discuss Defendant's pending Motion for Clarification. (Doc. No. 151). Counsel for Plaintiff shall file a Response to the Motion for Clarification (Doc. No. 151) by **December 19, 2022**. Counsel for BRJ Holdings shall initiate the call to Chambers at (267) 299-7340.

                                        BY THE COURT:

                                        /s/ Joel H. Slomsky
                                        JOEL H. SLOMSKY, J.