

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**
151 North Franklin Street
Suite 2500
Chicago, IL 60606

312-704-3000
312-704-3001 (fax)
**www.hinshawlaw.com**

Jason R. Schulze
312-704-3661
jschulze@hinshawlaw.com

March 14, 2023

**VIA ECF ONLY**

The Honorable Joel H. Slomsky
Senior U.S. District Judge
United States District Court for the
Eastern District of Pennsylvania
13614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    *Re:* *Vitamin Energy, LLC v. Evanston Insurance Company*
       *Case No. 2:19-cv-03672-JHS*

Dear Judge Slomsky:

   We represent Defendant Evanston Insurance Company ("Evanston") in the above-captioned matter and are writing at the suggestion of Special Master James J. Rohn, Esq. to advise you of certain limited fact discovery that will not be able to be resolved by the fact discovery end date of March 15, 2023. On February 2, 2023, Evanston conducted the deposition of Brett Jefferson, the designee of BRJ Holdings III, LLC, an entity to which Evanston had issued a subpoena for documents and deposition. The deposition did not conclude on that date because the witness discontinued it after 90 minutes. BRJ Holdings agreed (and continues to agree) to resume the deposition at a later date. However, Evanston thereafter filed a motion to compel compliance with its subpoena issued to BRJ Holdings on February 23, 2023 relating to documents not produced and/or withheld by BRJ Holdings. (Doc. 198). The Special Master requested expedited briefing of that motion, which was provided, and issued his Report and Recommendation granting that motion yesterday, March 13, 2023. (Doc. 214).

   Given that BRJ Holdings and/or Vitamin Energy have 10 days from yesterday's date to file any objections they may have to the Report and Recommendation, the documents at issue in the motion are not expected to be produced until after March 15, 2023. Further, Mr. Jefferson's continued deposition involving those documents cannot take place on or before March 15, 2023. Accordingly, Evanston respectfully requests that the Court grant it leave to conduct this limited discovery relating to BRJ Holdings after March 15, 2023, after the documents at issue in the motion and Report and Recommendation have been produced to Evanston.

   We have requested consent from Vitamin Energy in connection with this request. Its counsel is waiting to hear back from Vitamin Energy's representative.

Honorable Joel H. Slomsky
March 14, 2023
Page 2

    We appreciate your attention to this matter and look forward to further direction from the court.

    Respectfully Submitted,

HINSHAW & CULBERTSON LLP

*Jason R. Schulze*

Jason Schulze *(Admitted Pro Hac Vice)*
April Villaverde *(Admitted Pro Hac Vice)*
Brendon Rios *(Admitted Pro Hac Vice)*
*Attorneys for Defendant*
*Evanston Insurance Company*