IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITAMIN ENERGY, INC.,<br><br>　　　　　　Plaintiff,<br>v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>　　　　　　Defendant. | CIVIL ACTION<br><br>No. 2:19-cv-03672-JHS |

# ORDER

**AND NOW**, this 11th day of April 2023, upon consideration of the March 13, 2023 Report and Recommendation of the Special Master (Doc. No. 214), to which no objection has been made, it is **ORDERED** that the Report and Recommendation is Approved and Adopted. Defendant's Motion to Compel Compliance with [the] Subpoena Issued Upon BRJ Holdings III, LLC (Doc. No. 197) is **GRANTED.** BRJ Holdings III, LLC shall produce the documents by April 17, 2023. The continued deposition of Brett Jefferson shall be held within ten (10) days of the receipt by Defendant of the documents referred to in the Report and Recommendation of the Special Master.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　　　The Honorable Joel H. Slomsky