IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITAMIN ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> EVANSTON INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION <br> NO. 19-3672 |

# ORDER

**AND NOW**, this 29th day of August 2023, upon consideration of Defendant's Motion to Exclude The Opinions of Vitamin Energy's Expert David A. Gauntlett (Doc. Nos. 243, 244), Plaintiff's Response in Opposition (Doc. No. 264), Defendant's Reply (Doc. No. 269), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Exclude The Opinions of Vitamin Energy's Expert David A. Gauntlett (Doc. Nos. 243, 244) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.