IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITAMIN ENERGY, LLC,<br><br>                    Plaintiff,<br><br>  v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 19-3672 |

**ORDER**

**AND NOW**, this 29th day of July 2024, in view of the settlement of Plaintiff's common law and statutory bad faith claims alleged in Count III of the Third Amended Complaint (Doc. No. 346), it is **ORDERED** that the following motions are **DENIED** without prejudice as moot:

1. Plaintiff's Motion in Limine to Preclude Prior and/or Current Lawsuits (Doc. No. 313);

2. Plaintiff's Motion in Limine to Preclude Online/Blog/Chatroom Statements (Doc. No. 314);

3. Plaintiff's Motion in Limine to Preclude the Admission of Irrelevant Evidence (Doc. No. 315);

4. Plaintiff's Motion in Limine to Preclude Evidence of Ownership Interests (Doc. No. 316);

5. Plaintiff's Motion in Limine to Preclude Certain Portions of Defense Expert Testimony (Doc. No. 317);

6. Plaintiff's Motion in Limine to Preclude Defense Expert Testimony Mogill (Doc. No. 319);

7. Plaintiff's Motion in Limine to Preclude Defense Expert Testimony Flaherty (Doc. No. 320);

1

8. Plaintiff's Motion in Limine to Preclude Defense Expert Testimony Gauntlett (Doc. No. 321);

9. Defendant's Motions in Limine Nos. 1-14 (Doc. No. 322);

10. Plaintiff's Motion to Preclude Evidence of Defendant's Efforts/Resources in Underlying 5 Hour Litigation After 1/5/22 (Doc. No. 325);

11. Plaintiff's Motion in Limine to Incorporate 7/28/23 Report and Recommendation of the Special Master & 8/9/23 Order (Doc. No. 327);

12. Plaintiff's Motion for Discovery of Defendant's Financial Condition (Doc. No. 333);

13. Plaintiff's Motion to Preclude Evidence in the Form of Expert, Witness Testimony or Documents Held During the Course of Discovery (Doc. No. 334);

14. Plaintiff's Motion to Enforce Subpoenas (Doc. No. 344);

It is further **ORDERED** that upon consideration of Defendant's Motion to Strike Plaintiff's Impermissibly Filed Sur-Reply (Doc. No. 308), to which no Response has been filed, Defendant's Motion to Strike (Doc. No. 308) is **GRANTED.**

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.