IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITAMIN ENERGY, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>　　　　　　　Defendant. | CIVIL ACTION<br>NO. 19-3672 |

# ORDER

**AND NOW**, this 29th day of July 2024, the Court having been notified by the parties that the above-captioned case has settled only as to Plaintiff's common law and statutory bad faith claims alleged in Count III of the Third Amended Complaint (Doc. No. 346), it is **ORDERED** that Plaintiff's common law and statutory bad faith claims alleged in Count III of the Third Amended Complaint (Doc. No. 137) are **DISMISSED** pursuant to E.D. Pa Local Civil Rule 41.1(b).

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.