

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**
343 Thornall Street
Suite 640
Edison, NJ 08837

908-374-0320
908-374-0345 (fax)
**www.hinshawlaw.com**

April Villaverde
avillaverde@hinshawlaw.com

August 5, 2024

**VIA ECF ONLY**

Hon. Joel H. Slomsky, Senior Judge
U.S. District Court for the Eastern District of Pennsylvania
13614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    *Vitamin Energy, LLC v. Evanston Insurance company*
                *Case No. 2:19-cv-03672-JHS*

Dear Judge Slomsky:

      We are counsel for Evanston Insurance Company ("Evanston") in the above-referenced matter. We write this joint letter with counsel for Plaintiff to request that attached order for dismissal with prejudice be filed. As reported to you in Mr. Hoey's letter of August 27, 2024 (ECF 346), the parties reached a settlement resolving all claims that were set for trial on August 5, 2024 before Your Honor. This court's dismissal Order, ECF Doc. No. 348, dismissed Vitamin Energy's common law and statutory bad faith claims in Count III of the Third Amended Complaint. The parties, however, settled Vitamin Energy's breach of contract claim in Count II of the Complaint.[1]

      We therefore respectfully request that the Court instead enter an Order dismissing Counts II and III of the Third Amended Complaint in their entirety, and dismissing Count I of the Complaint as Vitamin Energy's claim for a defense, with prejudice. We have enclosed herewith a proposed Order to that effect for the Your Honor's review and signature.

      Counsel for Vitamin Energy has reviewed this letter and the attached proposed order and approves the entry of the order.

---

[1] We recognize that the Court entered this Order based on the letter from opposing counsel which did not mention the breach of contract claim. We apologize for any confusion.

Hon. Joel H. Slomsky, Senior Judge
August 5, 2024
Page 2

As always, please let us know if you have any questions or concerns.

Respectfully submitted,

**HINSHAW & CULBERTSON LLP**

/s/ *April Villaverde*
April Villaverde *(Admitted Pro Hac Vice)*

*Attorneys for Defendant*
*Evanston Insurance Company*

cc: All parties of record via ECF

Enc.