IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VITAMIN ENERGY, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>               Defendant. | CIVIL ACTION<br>NO. 19-3672 |

**ORDER**

**AND NOW**, this 6th day of August 2024, the Court having been notified by the parties that the above-captioned case has settled as to Plaintiff's breach of contract, common law and statutory bad faith claims alleged in Counts II and III of the Third Amended Complaint (Doc. 137), it is **ORDERED** that Plaintiff's breach of contract, common law and statutory bad faith claims alleged in Counts II and III, and Plaintiff's claim for a declaration as to a duty to defend in Count I, of the Third Amended Complaint (Doc. No. 137) are **DISMISSED** with prejudice pursuant to E.D. Pa Local Civil Rule 41.1(b).

The only remaining claims are within Count I as to Plaintiff's request for a declaration that Defendant is obligated to indemnify Plaintiff in the underlying Michigan lawsuit, captioned <u>International IP Holdings, LLC and Innovation Ventures, LLC v. Vitamin Energy, LLC</u>, Case No. 2:19-cv-117116 (Michigan Lawsuit), which is stayed pursuant to this Court's order (Doc. 324.) This Agreement and release shall have no effect on Evanston's ongoing duty to defend Vitamin Energy in the 5-Hour Energy Lawsuit.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.